# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JONATHAN RINCON and<br>MARTIN GARCIA,<br>　　　　　Plaintiffs,<br><br>v.<br><br>SYS-CON, LLC,<br>　　　　　Defendant,<br><br>v.<br><br>H&B USA LLC, and PPE Trading Co. LLC<br>　　　　　Third Party Defendants | CIVIL ACTION CASE NO. 4:24-cv-00194-RSB-CLR |

## SECOND JOINT MOTION FOR APPROVAL OF
## FLSA SETTLEMENT AGREEMENTS

Plaintiffs Jonathan Rincon and Martin Garcia ("Plaintiffs") and Defendant Sys-Con LLC ("Defendant")(collectively "the Parties"), by and through their undersigned counsel, respectfully request that this Court enter an Order approving the settlement reached in this case that is memorialized in the attached revised Settlement Agreement and Full and Final Release of Claims for Unpaid Wages, for each Plaintiff ("Settlement Agreements"). As set forth in the accompanying Memorandum of Law, the settlement among the Parties satisfies all factors required for approval in that it resolves bona fide disputes and is a fair and reasonable settlement and the Settlement Agreements have been revised to address procedural defects this Court cited in its July 18, 2025 Order Denying the initial motion filed by the Parties seeking approval of the FLSA Settlement Agreements. Therefore, the Plaintiffs and Defendant hereby respectfully request that this Court grant this Second Joint Motion and enter the proposed Order, attached, approving the Settlement Agreements.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 8, 2025 | /s/ Tessa Warren |

*Counsel for Plaintiffs*
Tessa Warren
Georgia Bar No. 435157
Quinn, Connor, Weaver, Davies & Rouco
4100 Perimeter Park S
Atlanta, GA 30341
404-299-1211
Fax: 404-299-1288
Email: twarren@qcwdr.com

Andrew Costa-Kelser
Christine Kumar*
**O'DONOGHUE & O'DONOGHUE LLP**
5301 Wisconsin Avenue NW, Suite 800
Washington, DC 20015
Telephone (202) 362-0041
akelser@odonoghuelaw.com
ckumar@odonoghuelaw.com

*Counsel for Defendant/Third-Party Plaintiff Sys-Con LLC*

_____
Anandhi S. Rajan
Georgia Bar No. 592760
R. Scott Connally
Georgia Bar No. 171421
1420 Peachtree Street NE, Suite 800
Atlanta, GA 30309
Telephone: (404) 874-8800
Anandhi.rajan@swiftcurrie.com
Scott.connally@swiftcurrie.com