UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JONATHAN RINCON and MARTIN GARCIA,<br><br>  Plaintiffs,<br><br>v.<br><br>SYS-CON, LLC,<br><br>  Defendant,<br><br>v.<br><br>H&B USA LLC, and PPE Trading Co. LLC<br><br>  Third Party Defendants | CIVIL ACTION CASE NO. 4:24-cv-00194-RSB-CLR |

## [PROPOSED] ORDER APPROVING FLSA SETTLEMENT AGREEMENTS

This matter is before the Court on Plaintiffs' and Defendant's Second Joint Motion for Approval of FLSA Settlement Agreements. Upon consideration of the Motion and all relevant papers before the Court, the Court GRANTS the Motion and APPROVES the FLSA Settlement Agreements.

It is so ORDERED this ___ day of _____ 2025.

_____